**Dismissed and Memorandum Opinion filed April 2, 2015.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

## NO. 14-14-00990-CR

**SIGFRIDIO TORRES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 351st District Court
Harris County, Texas
Trial Court Cause No. 1103524**

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to aggravated sexual assault of a child under fourteen years of age.  In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on October 31, 2014, to confinement for ten years in the Institutional Division of the Texas Department of Criminal Justice.  Appellant filed a pro se notice of appeal.  We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. See Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Boyce, McCally and Donovan.

Do Not Publish – Tex. R. App. P. 47.2(b)